## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**
**Grand Jury Sworn in on**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | |
| **ANDRA L. VANCE,** | : | **18 U.S.C. § 242** |
| | : | **(Deprivation of rights under color** |
| Defendant. | : | **of law)** |
| | : | |

## INDICTMENT

The Grand Jury charges that**:**

## COUNT ONE
(Deprivation of Rights Under Color of Law: 18 U.S.C. § 242)

On or about February 16, 2018, in the District of Columbia, the defendant, **ANDRA VANCE**, while acting under color of law as a Metro Transit Police Department Officer, willfully deprived D.C., a person known to the Grand Jury, of the right, secured and protected by the Constitution and the laws of the United States, to be free from an unreasonable seizure, which includes the right to be free from the use of unreasonable force by a law enforcement officer. Specifically, **ANDRA VANCE** struck D.C. with a baton multiple times on the head without legal justification. The offense included the use of a dangerous weapon and resulted in bodily injury to D.C.

All in violation of Title 18, United States Code, Section 242.

**COUNT TWO**
(Deprivation of Rights Under Color of Law: 18 U.S.C. § 242)

On or about February 16, 2018, in the District of Columbia, the defendant, **ANDRA VANCE**, while acting under color of law as a Metro Transit Police Department Officer, willfully deprived D.C., a person known to the Grand Jury, of the right, secured and protected by the Constitution and the laws of the United States, to be free from an unreasonable seizure, which includes the right to be free from the use of unreasonable force by a law enforcement officer. Specifically, **ANDRA VANCE** used his baton to choke D.C. without legal justification, while D.C. was on the ground. The offense included the use of a dangerous weapon and resulted in bodily injury to D.C.

All in violation of Title 18, United States Code, Section 242.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

ATTORNEY FOR THE UNITED STATES IN
AND FOR THE DISTRICT OF COLUMBIA

ERIC S. DREIBAND
ASSISTANT ATTORNEY GENERAL
Civil Rights Division