**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 1:19-cr-00251-RDM |
| | : | |
| **ANDRA L. VANCE,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT AND DEFENSE'S JOINT PROPOSED**
**PRETRIAL STATEMENT OF THE CASE**

The United States of America (the "Government"), by and through undersigned counsel, and in consultation with the defendant, respectfully submits the following joint pretrial statement of the case:

The indictment alleges that on February 16, 2018, inside of the Anacostia Metro Station in Washington, D.C., the defendant, Andra Vance, who was working as a Metropolitan Transit Police Department Officer, willfully deprived D.C. of the right secured and protected by the Constitution and the laws of the United States, to be free from an unreasonable seizure, which includes the right to be free from unreasonable force by a law enforcement officer. Specifically, the defendant used his baton to strike D.C. multiple times, including on D.C.'s head, and pressed his baton down on D.C.'s neck when later restraining him on the ground. As a result of the defendant's conduct, D.C. sustained a four centimeter laceration to his head that required hospital treatment. Andra Vance has pleaded not guilty to the charges and disputes these allegations.

Respectfully submitted this 24th day of June, 2022.

                        **MATTHEW M. GRAVES**
                        **UNITED STATES ATTORNEY**

By:       /s/ Ahmed Baset
          **AHMED BASET**
          Assistant United States Attorney
          D.C. Bar No. 6304552
          601 D Street, N.W.
          Washington, D.C. 20530
          (202) 252-7097
          abaset2@usa.doj.gov

          **KRISTEN CLARKE**
          **ASSISTANT ATTORNEY GENERAL**

By:       /s/ Maura White
          **MAURA WHITE**
          Civil Rights Division, Criminal Section
          Trial Attorney
          IL Bar No. 6289336
          950 Pennsylvania Ave, NW
          Washington, D.C. 20530
          (202) 616-5103
          maura.white@usdoj.gov