## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    v.

ANDRA L. VANCE,

      *Defendant.*

Criminal Action No. 19-251 (RDM)

### JURY VERDICT FORM

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

**COUNT ONE**

**Deprivation of Rights Under Color of Law, in violation of 18 U.S.C. § 242**

We, the Jury, find the defendant, ANDRA L. VANCE:

_____ Not Guilty      _____✓_____ Guilty

**COUNT TWO**

**Deprivation of Rights Under Color of Law, in violation of 18 U.S.C. § 242**

We, the Jury, find the defendant, ANDRA L. VANCE:

_____✓_____ Not Guilty      _____ Guilty

BY: _____
        FOREPERSON

_____
JUROR NUMBER